1  IGNACIA S. MORENO, Assistant Attorney General
2  SETH M. BARSKY, Section Chief
   DANIEL J. POLLAK, Trial Attorney
3  U.S. Department of Justice
   Environment and Natural Resources Division
4  Wildlife and Marine Resources Section
   Ben Franklin Station, P.O. Box 7369
5  Washington, D.C. 20044-7369
6  (202) 305-0201 (tel)
   (202) 305-0275 (fax)
7
8  Attorneys for Federal Defendants

9  JACLYN LOPEZ (CA Bar No. 258589)
   LISA T. BELENKY (CA Bar No. 203225)
10 Center for Biological Diversity
   351 California Street, Suite 600
11 San Francisco, CA 94104
12 Phone: (415) 436-9682 x. 305
   Fax: (415) 436-9683
13
14 Attorneys for Plaintiffs

15                    UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  CENTER FOR BIOLOGICAL DIVERSITY, and ) <br> THE BAY INSTITUTE ) <br> 19                                      ) <br>           Plaintiffs,                 ) <br> 20                                     ) <br>                                        ) <br> 21                                     ) <br>      v.                                ) <br> 22                                     ) <br>                                        ) <br> 23                                     ) <br>                                        ) <br> 24  KEN SALAZAR, SECRETARY OF          ) <br>     DEPARTMENT OF                     ) <br> 25  INTERIOR, and U.S. FISH AND        ) <br>     WILDLIFE SERVICE;                  ) <br> 26                                     ) <br>                                        ) <br> 27           Defendants.               ) | Case No. 3:09-cv-05370-MHP <br><br> JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER EXTENDING STAY |

28

On October 28, 2010, Plaintiffs Center for Biological Diversity and The Bay Institute (collectively "the Center"), and Federal Defendants Secretary Salazar and the U.S. Fish and Wildlife Service (collectively "Federal Defendants") filed a stipulated request for a 60-day stay of this litigation while the parties engaged in settlement negotiations. (Dkt. 44) The Court granted this request on October 29, and ordered that the parties file a joint status report on or before December 28 on the status of such negotiations. (Dkt. 45). The parties herein provide their Joint Status Report and respectfully request an order from this Court extending the stay an additional 60 days, until February 25, 2011.

JOINT STATUS REPORT

Counsel for the parties have reached agreement in principle on substantive terms of a settlement. Counsel for Federal Defendants is recommending that these terms be approved by the appropriate officials in the U.S. Fish and Wildlife Service, Department of Interior, and Department of Justice. The parties are also negotiating regarding Plaintiff's reasonable attorney's fees and costs, and Plaintiff has submitted a request for fees and costs that is under review by Defendants.

STIPULATED REQUEST FOR FURTHER STAY OF PROCEEDINGS

Given that settlement negotiations have progressed and are continuing, the parties submit that judicial economy would best be served by a further 60-day stay of this litigation. The Parties therefore request, Pursuant to Civil Local Rule ("Civ. L.R.") 6-2, that the Court grant an order staying this litigation until February 25, 2011, by which time, if the parties have not filed a settlement agreement, they will file a joint status report advising the Court of the status of their

settlement discussions and describing whether additional time is needed to complete settlement, or whether a new briefing schedule and hearing date should be set.

Dated: December 27, 2010

                IGNACIA S. MORENO, Assistant Attorney General
                SETH M. BARSKY, Section Chief

                /s/ *Daniel Pollak*
                DANIEL POLLAK
                Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Division
                Wildlife & Marine Resources Section
                Ben Franklin Station
                P.O. Box 7369
                Washington, DC 20044-7369
                Phone: (202) 305-0201
                Fax: (202) 305-0275
                Email: daniel.pollak@usdoj.gov

                Attorneys for Federal Defendants


                /s/ *Jaclyn Lopez* (with permission)
                JACLYN LOPEZ (CA Bar No. 258589)
                LISA T. BELENKY (CA Bar No. 203225)
                Center for Biological Diversity
                351 California Street, Suite 600
                San Francisco, CA 94104
                Phone: (415) 436-9682 x. 305
                Fax: (415) 436-9683
                Email: jlopez@biologicaldiversity.org
                      lbelenky@biologicaldiversity.org

                Attorneys for Plaintiffs

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | Dated: _____ January 3, 2011 , ~~2010~~

_____
Honorable Marilyn H. Patel
United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)

28 | No. 3:09-cv-05370-MHP—Joint Status Report & Stipulated Request re Stay        Page 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2010, I caused a copy of the foregoing Joint Status Report and Stipulated Request for Order Extending Stay to be served on the counsel of record by means of the Court's electronic filing system:

Jaclyn M Lopez
jlopez@biologicaldiversity.org

Lisa T. Belenky
lbelenky@biologicaldiversity.org

                                        /s/ *Daniel Pollak*
                                        DANIEL POLLAK